**2001–2072.  State v. Adams.**

Trumbull C.P. No. 00CR700. This cause is pending before the court as a death penalty appeal from the Trumbull County Court of Common Pleas. Upon consideration of appellee's motion to unseal record with respect to T.d. #116,

IT IS ORDERED by the court that the motion to unseal record be, and hereby is, granted.

**2002–0285.  Roman v. Estate of Gobbo.**

Cuyahoga App. No. 79119. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion of amicus curiae, Ohio Academy of Trial Lawyers, for leave to participate in oral argument scheduled for March 11, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellants.

**2002–0961.  Cincinnati Gas & Elec. Co. v. Clermont Cty. Bd. of Revision.**

Board of Tax Appeals, Nos. 98–K–707 and 98–K–708. This cause is before the court as an appeal from the Board of Tax Appeals. On December 31, 2002, appellant filed a motion requesting that sealed documents contained in the record of this case be returned directly to appellant, rather than the Board of Tax Appeals. Upon consideration thereof,

IT IS ORDERED by the court that appellant's motion for return of sealed documents be, and hereby is, granted.

IT IS FURTHER ORDERED that the Clerk of this court shall release all documents being held under seal in the record of this case to counsel for the appellant. The remainder of the record shall be returned to the Board of Tax Appeals.

**2003–0004.  State ex rel. Verizon North, Inc. v. Pub. Util. Comm.**

In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's request to withdraw the motion for immediate interim relief filed on January 2, 2003,

IT IS ORDERED by the court that relator's request to withdraw the motion be, and hereby is granted, and the motion for immediate interim relief is withdrawn.

**2003–0059.  State ex rel. Rash v. Jackson.**

Warren App. No. CA2002–09–100. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and therefore should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

IT IS ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Warren County and the parties shall proceed in accordance with S.Ct.Prac.R. VI.